## BARREDA et al. v. MORRIS et al.

### No. 11078.

Court of Civil Appeals of Texas.
San Antonio.

Dec. 23, 1941.

R. A. Dunkelberg, of Brownsville, for appellants.

West & Hightower, of Brownsville, for appellees.

MURRAY, Justice.

It appearing to this Court that neither the appellants nor the appellees have filed briefs herein, although the time allowed by law for doing so has long since passed, this cause will be dismissed for want of prosecution.